[No. 17789–3–I.   Division One.   April 6, 1987.]

*In the Matter of* JILL GOODMAN.

THOMAS HYDE, *Respondent,* v. JILL GOODMAN,
*Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–6–02004–3, Stephen M. Reilly, J., entered November 8, 1985. *Dismissed* by unpublished per curiam opinion.

[No. 16477–5–I.   Division One.   April 6, 1987.]

OTIS ROLEY, INC., *Respondent,* v. BUDGET BRAKE & MUFFLER, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–08085–0, Arthur E. Piehler, J., entered April 15, 1985. *Affirmed* by unpublished opinion per Andersen, J. Pro Tem., concurred in by Armstrong and Ennis, JJ. Pro Tem.

[No. 15455–9–I.   Division One.   April 6, 1987.]

THE CITY OF SEATTLE, *Respondent,* v. DONALD J. SPENARD, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 84–1–00981–7, Liem E. Tuai, J., entered September 10, 1984. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Grosse and Pekelis, JJ.